4250038-40

Order No.
Escrow No. 98-1974
Loan No.
American Title-SB

WHEN RECORDED MAIL TO:

ANTHONY GIBSON
4928 CLOVER PLACE
RANCHO CUCAMONGA, CA   91737

Recorded in Official Records, County of
San Bernardino, Errol J. Mackzum, Recorder

**Doc No. 19980083554**
**3:42pm 03/09/98**

American Title       # 619

| PG | FEE | APF | GIMS | PH CPY | CRT CPY | ADD NM | PEN PR | PCOR |
|---|---|---|---|---|---|---|---|---|
| 1 | 7 | | | 527 | 616 | | 619 | D |

| NON ST | LN | SVY | CIT-CO | TRANS TAX | DA | CHRG | EXAM |
|---|---|---|---|---|---|---|---|

MAIL TAX STATEMENTS TO:

SAME AS ABOVE

DOCUMENTARY TRANSFER TAX $ 616.00
X Computed on the consideration or value of property conveyed; OR
..... Computed on the consideration or value less liens or encumbrances remaining at time of sale

Signature of Declarant or Agent determining tax-Firm Name

APN: 1074-311-20
TRA: _____

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

RAYMOND L. CREBS AND SALLY A. CREBS, AS TRUSTEES OF THE CREBS FAMILY LIVING TRUST

hereby GRANT(S) to

ANTHONY GIBSON, A SINGLE MAN

the real property in the City of   RANCHO CUCAMONGA
County of   SAN BERNARDINO                                           State of California, described as
LOT 47 OF TRACT 12332-1, IN THE CITY OF RANCHO CUCAMONGA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 174, PAGE(S) 34-39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated   1/20/98

STATE OF CALIFORNIA        } ss.
COUNTY OF SAN BERNARDINO   }
On JANUARY 22, 1998 before me,
SHARON NEWBOLD, NOTARY PUBLIC
personally appeared RAYMOND L. CREBS, TRUSTEE
AND SALLY A. CREBS, TRUSTEE
~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal
Signature   *Sharon Newbold*

_____
RAYMOND L. CREBS, TRUSTEE

_____
SALLY A. CREBS, TRUSTEE

SHARON NEWBOLD
COMM. NO. 1032250
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXPIRES JUL. 14, 1998

(This area for official notarial seal)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

1002 (1/94)