| | |
|---|---|
| RECORDING REQUESTED BY<br>Stewart Title<br>AND WHEN RECORDED MAIL DOCUMENT TO<br><br>NAME: Home Retention Services, Inc.<br><br>STREET ADDRESS: 9700 Bissonnet St., Suite 1500<br><br>CITY, STATE & ZIP CODE: Houston, Texas 77036 | Recorded in Official Records, County of San Bernardino    7/19/2013<br>**DENNIS DRAEGER**    3:31 PM<br>ASSESSOR – RECORDER – CLERK    DTH<br><br>C Priority Mail<br><br>Doc#: 2013-0318299<br><br>Titles: 1    Pages: 8<br>Fees    63.00<br>Taxes    0.00<br>Other    0.00<br>PAID    $63.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

# Modification of Deed of Trust
Title of Document



THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

**Recording Requested by/**
**After Recording Return To:**

Stewart Lender Services
Attn: Modification Recordation
9700 Bissonnet Street, Suite 1500
Houston, TX  77036

# LOAN MODIFICATION AGREEMENT

Order ID: 9895528               Project ID:
Loan Number: 168588659
Borrower: ANTHONY GIBSON

Original Loan Amount: $1,050,000.00

Legal Description:  See Exhibit 'A'

Recording Reference: See Exhibit 'B'

RECORDING REQUESTED BY:
Bank of America, N.A.
Attn Home Retention Division: CA6-919-01-43
400 National Way
Simi Valley, CA 93065

Loan #: 168588659

---------------------------------------------SPACE ABOVE THIS LINE FOR RECORDER'S USE---------------------------------------

# LOAN MODIFICATION AGREEMENT
## Fixed Interest Rate Balloon Step-Recorded

This Loan Modification Agreement ("Agreement"), made this 8th day of February 2012, between ANTHONY GIBSON, (the "Borrower(s)") and Bank of America, N.A. (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 31st day of May 2007 in the amount of $1,050,000.00 and recorded on the 7th day of June 2007 in Book No. NA, Page No. NA as Document No. 2007-0341175 in the Official Records of San Bernardino County, in the State of CALIFORNIA, and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the "Property'" located at 4928 CLOVER PLACE, RANCHO CUCAMONGA, CA 91737.

Legal

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of April 2012, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $1,187,909.27, consisting of the amount(s) loaned to the Borrower by Lender, which may include, but are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date. All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

   **Borrower understand that my monthly principal and interest payment for the Interest Bearing Principal Balance is being amortized over 480 months from the date of my first modification payment. However, the scheduled maturity date of my loan will remain unchanged. This means that even if I make all of the scheduled payments under this modification on time I will have a remaining balance at the maturity of my loan which is called a balloon payment, and I will need to make arrangements to pay this remaining balance.**

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance from the 1st day of March 2012 of the modified term at the yearly rate of (See Below Schedule). The Borrower promises to make monthly payments of (See Below Schedule) beginning on the 1st day of April 2012. If on the 1st day of June 2037 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

The payment schedule for this modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Type of Payment | Monthly Payment | Payment Begins on | Number of Monthly Payments |
|---|---|---|---|---|---|---|
| 1-3 | 4.375% | 3/1/2012 | Principal and Interest | $5,245.33 | 4/1/2012 | 36 |
| 4 | 4.500% | 3/1/2015 | Principal and Interest | $5,335.60 | 4/1/2015 | 12 |
| 5 | 4.500% | 3/1/2016 | Principal and Interest | $5,335.60 | 4/1/2016 | 255 |

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

   (b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.



610   168588659   MOD   001   001

Loan# 168588659    Page 1 of 2

5. The Borrower will make such payments at PO Box 515503, Los Angeles, CA 90051-6803 or at such other place as the Lender may require.

6. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

7. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing.

_____    _____2/20/12_____
ANTHONY GIBSON                      Date

_____    _____
                                    Date

**SEE ATTACHED NOTARIAL CERTIFICATE**

STATE OF _____
County OF _____
On _____ Before me, _____ Notary Public, personally appeared
_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.     Signature _____

**Do Not Write Below This Line.**

***************************************************************************************

**THIS SECTION IS FOR INTERNAL BANK OF AMERICA, N.A. USE ONLY**

By: _____    Dated: _____

STATE OF _____
County OF _____
On _____ Before me, _____ Notary Public, personally appeare
_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature

Bank of America, N.A.                    Loan#   168588659          Page 2 of 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __San Bernardino__ }

On __February 20, 12__ before me, __V. L. Gazca, Notary Public__,
    Date                                  Here Insert Name and Title of the Officer

personally appeared __Anthony Charles Gibson__
                                              Name(s) of Signer(s)

[Notary seal:
V. L. GAZCA
Commission # 1871221
Notary Public - California
San Bernardino County
My Comm. Expires Nov 13, 2013]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                     Signature of Notary Public

Place Notary Seal Above

---------- **OPTIONAL** ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Loan Modification Agreement__

Document Date: _____ Number of Pages: __2__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☒ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

**DO NOT WRITE BELOW THIS LINE**

--------------------------------------------------------------------------------

THIS SECTION IS FOR INTERNAL USE ONLY

**Bank of America, N.A., for itself or as successor by merger to BAC Home Loans Servicing, LP**

By: Stewart Lender Services, Inc., its attorney in fact

By: _[signature]_  5/14/13

Karen Richardson, A.V.P., Stewart Lender Services, Inc.    Date


STATE OF TEXAS

COUNTY OF HARRIS


On <u>May 14, 2013</u> before me, <u>Casey Human Notary Public-Stewart Lender Services, Inc.</u>, personally appeared <u>Karen Richardson, A.V.P., Stewart Lender Services, Inc.</u> personally known to me to be the person whose name is subscribed to the within instrument and acknowledged that <u>she</u> executed the same in <u>her</u> authorized capacity, and that by <u>her</u> signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.


Witness my hand and official seal.

Signature _[signature]_
Casey Human

> CASEY HUMAN
> Notary Public, State of Texas
> My Commission Expires
> July 16, 2016

My commission expires: July 16, 2016

# EXHIBIT 'A'

LOT 47 OF TRACT 12332-1, IN THE CITY OF RANCHO CUCAMONGA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 174, PAGES 34 THROUGH 39 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**Recording Requested by/After Recording Return To:**

Stewart Lender Services
Attn: Modification Recordation
9700 Bissonnet Street, Suite 1500
Houston, TX  77036

Order ID: 9895528
Loan Number: 168588659

Project ID:

# EXHIBIT B

Borrower Name: ANTHONY GIBSON
Property Address: 4928 CLOVER PLACE, RANCHO CUCAMONGA, CA 91737

This Modification Agreement amends and supplements that certain Mortgage/Deed of Trust (the Security Instrument) recorded on 06/07/2007 as Instrument/Document Number: 2007-0341175, and/or Book/Liber Number: N/A at Page Number: N/A in the real records of SAN BERNARDINO County, State of CA.

**Additional County Requirements:**
Original Loan Amount: $1,050,000.00


