acgibson1@msn.com

| | |
|---|---|
| **From:** | Tipton, Tammy R <tammy.tipton@bankofamerica.com> |
| **Sent:** | Wednesday, December 21, 2011 5:34 PM |
| **To:** | acgibson1@msn.com |
| **Cc:** | Tipton, Tammy R |
| **Subject:** | RE: Urgent    RE: Further explanation |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Anthony,

The trial payment amounts or contributions are not applied towards loan payments until we modify the loan. We are not scheduled to modify the loan until you have successfully completed the 3 month trial program. Any funds you have sent will be applied towards your 1098 for 2012.

Does this help explain your question? Please let me know if I can provide more clarity.

Happy Holiday's

Tammy Tipton

---

**From:** Anthony C. Gibson [mailto:acgibson1@msn.com]
**Sent:** Wednesday, December 21, 2011 8:56 AM
**To:** Tipton, Tammy R
**Subject:** RE: Urgent RE: Further explanation

Thanks Tammy.

By the way, Bank of America sent me a 1098 for 2011 last week which I thought was strange given the fact the year isn't over. I am planning to pay my next payment prior to the 1st so I would like to have the interest from that payment included in my statement.

Please advise.

Anthony C. Gibson

---

Date: Tue, 20 Dec 2011 18:13:57 -0600
From: tammy.tipton@bankofamerica.com
Subject: RE: Urgent RE: Further explanation
To: acgibson1@msn.com
CC: tammy.tipton@bankofamerica.com

It is postponed to January 27th.

Thanks,
Tammy Tipton

---

**From:** Anthony C. Gibson [mailto:acgibson1@msn.com]
**Sent:** Monday, December 19, 2011 5:36 PM
**To:** Tipton, Tammy R
**Subject:** RE: Urgent RE: Further explanation

Holiday blessings to you as well.

1