acgibson1@msn.com

| | |
|---|---|
| From: | Shellpoint Mortgage Servicing <lossmitigation@lmmrkt.shellpointmtg.com> |
| Sent: | Monday, March 30, 2020 6:54 AM |
| To: | acgibson1@msn.com |
| Subject: | COVID-19 Mortgage Assistance Request |

Dear ANTHONY GIBSON,

We have reviewed your mortgage and your recent application to Shellpoint Mortgage Servicing regarding temporary assistance for mortgage relief related to COVID-19. You have been approved for a Forbearance Plan and should receive written notification in the mail within 7-10 business days regarding the specific details of your approved 3 month plan.

### ACH
**As a part of your approved Forbearance Plan, if you were set up for ACH automatic payment, we have suspended your ACH automatic draft for the duration of your Forbearance Plan.**

**\*\*If you are set up on bi-weekly ACH aromatic draft, then the ACH has been cancelled. You will need to request the ACH to be set up again for future use.**

Upon completion of the forbearance plan, if your loan remains delinquent and you need additional assistance, we will evaluate you for additional options at that time, which could include a repayment plan or possibly a loan modification (a restructure of your mortgage terms) to bring your account current.

We understand that the situation with COVID-19 is constantly changing and we here at Shellpoint Mortgage Servicing are committing to assisting you with your mortgage.

Sincerely,

**Loss Mitigation Department**

Shellpoint Mortgage Servicing
www.shellpointmtg.com

Shellpoint Mortgage Servicing
75 Beattie Place Suite 100, Greenville, SC 29601
Unsubscribe - Unsubscribe Preferences

1