**Anthony C. Gibson**

| | |
|---|---|
| **From:** | LM_Hernandez, Anna <ahernandez1@shellpointmtg.com> |
| **Sent:** | Monday, August 09, 2021 10:45 AM |
| **To:** | Anthony C. Gibson |
| **Subject:** | RE: Your Forbearance Will End Soon |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

0579478541

Hello Mr. Gibson,

Thank you for your email.

The forbearance was approved and a letter of confirmation was issued on August 6, 2021.

Thank you,

**Anna Hernandez**
Loss Mitigation Specialist
Shellpoint Mortgage Servicing
Direct Toll Fee: 888-536-9762

**All documents must be faxed to 866-467-1187 or emailed to lossmitigation@shellpointmtg.com**

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.
If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.
New Penn Financial (dba Shellpoint Mortgage Servicing) Inc. is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here.
https://www.shellpointmtg.com/legal-disclosures

---

**From:** Anthony C. Gibson <acgibson1@msn.com>
**Sent:** Friday, August 6, 2021 1:25 PM
**To:** LM_Hernandez, Anna <ahernandez1@shellpointmtg.com>
**Subject:** FW: Your Forbearance Will End Soon

Hi Anna,

Wanted to check in and see if the extension has been granted.

1

Let me know.

Thanks.

Anthony Gibson

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Anthony C. Gibson" <ACGIBSON1@msn.com>
Date: 8/2/21 1:35 PM (GMT-08:00)
To: "LM_Hernandez, Anna" <ahernandez1@shellpointmtg.com>
Subject: RE: Your Forbearance Will End Soon

Thank you Anna.

Look forward to hearing from you soon.

Anthony Gibson

**From:** LM_Hernandez, Anna <ahernandez1@shellpointmtg.com>
**Sent:** Monday, August 02, 2021 12:18 PM
**To:** Anthony C. Gibson <ACGIBSON1@msn.com>
**Subject:** RE: Your Forbearance Will End Soon

0579478541

Hello Mr. Gibson,

It was a pleasure to speak with you on Friday, July 30, 2021.

In our call on Friday, I submitted a request for the forbearance extension review.

I should have more information for you on the final outcome later this week.

Thank you,

**Anna Hernandez**
Loss Mitigation Specialist
Shellpoint Mortgage Servicing
Direct Toll Fee: 888-536-9762

*All documents must be faxed to 866-467-1187 or emailed to lossmitigation@shellpointmtg.com*

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

2

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

New Penn Financial (dba Shellpoint Mortgage Servicing) Inc. is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here.
https://www.shellpointmtg.com/legal-disclosures

---

**From:** Anthony C. Gibson <ACGIBSON1@msn.com>
**Sent:** Friday, July 30, 2021 12:38 PM
**To:** LM_Hernandez, Anna <ahernandez1@shellpointmtg.com>; ls@shellpointmtg.com
**Subject:** RE: Your Forbearance Will End Soon

Hi Mrs. Hernandez,

We've been playing phone tag and you're it.

Requested an extension on my forebearance plan but have yet to receive a response.

Please contact me at your earliest convenience.

Thanks.

Anthony Gibson
909.948.5670

---

**From:** Shellpoint Mortgage Servicing <lossmitigation@lmmrkt.shellpointmtg.com>
**Sent:** Friday, July 30, 2021 9:56 AM
**To:** acgibson1@msn.com
**Subject:** Your Forbearance Will End Soon



# Your forbearance plan is coming to an end.

Hi ANTHONY GIBSON,

Regarding loan at **default value**

We hope you're doing well. We're writing to let you know that your **forbearance plan is coming to an end**, and we are here to help.

**Let's get started:** Visit our **website** to review your potential options and apply for the solution that best meets your needs

**Has your COVID-19 hardship been resolved?** If you can resume regular mortgage payments, you have several payment options, and we're ready to help you get started. Your options may include:

- **Deferment.** Move your outstanding payments to the end of your loan.
- **Loan modification**. Permanently modify the terms of your mortgage and bring your account current.
- **Repayment.** Over a set number of months, add an extra amount to your regular mortgage payment to repay the past-due amount.
- **Reinstatement.** Repay everything that's past due to bring your account current.

**Is your COVID-19 hardship still ongoing?** Please visit our **website** to find out if you're eligible for a forbearance extension.

**Questions or Concerns? We're committed to providing you excellent service.**

Contact our Customer Care Team at **800-365-7107** Monday-Friday 8 a.m.-10 p.m. and Saturday 8 a.m.- 3 p.m. EST. Be sure to mention your loan number 0Default Value when you call.

**¿Hablas español?** Este correo electrónico contiene información importante sobre su hipoteca. Si no comprende este correo electrónico, llame a uno de nuestros representantes de habla hispana al **800-365-7107**.

Email from Shellpoint Mortgage Servicing helps you stay connected with your mortgage servicer. But if you prefer **not** to receive messages like this, simply **unsubscribe** and we'll remove you from this email list. If you have any questions about how we use and protect your personal information, please view our *privacy policy*.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

Please do not respond to this email, this mailbox is not monitored. If you have questions, call our Customer Care Team at 800-365-7107.

Review our *Legal Disclosures*.

ATTENTION: This electronic transmission, and any documents attached hereto, may contain confidential, legally privileged, proprietary data, and/or non-public personal information as defined in the Gramm-Leach-Bliley Act (collectively, "Confidential Information"). If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited. By accepting and reviewing any confidential Information contained in this electronic transmission, you agree to maintain and protect the confidential nature of the Confidential Information in accordance with the applicable law and to ensure nondisclosure except for the limited purpose for which it is being provided and agree to indemnify us against any losses or expenses resulting from any unauthorized use or disclosure of Confidential Information.

55 Beattie Place, Suite 110 | Greenville, SC 29601

Unsubscribe | Update Preferences

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.