

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED




S-SFRECS20  L-9020  R-106
PEJLUC00206462 - 674186187 I23804
ANTHONY GIBSON
4928 CLOVER PL
ALTA LOMA CA 91737-2469

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| **Business Hours:** | **Mon - Thurs:** 8:00AM-6:00PM |
| | **Fri:** 8:00AM-5:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | Lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number:   0579478541
Property:      4928 CLOVER PL
               RANCHO CUCAMONGA, CA 91737

08/06/2021

Dear Homeowner:

This letter is to inform you that your Forbearance Plan has been extended because you have indicated the hardship has not been resolved OR your existing forbearance plan is expiring and we have not been able to make contact with you to understand the status of your hardship.

Your monthly mortgage payment amount of $6,348.86 has been placed on a temporary forbearance for a period of 20 months. That means that your plan starting on 03/01/2020 has been extended to 20 months, you **will not be penalized with a late payment charge or with negative credit reporting if you miss a mortgage payment.**  If you wish to no longer receive a forbearance, please contact us at 866-825-2174 to start the process to determine which loss mitigation option is best to assist you after the forbearance period ends:

- Reinstatement: If possible, the simplest option is to pay back the amount.
- Deferment: Defers payments to the end of your loan.
- Repayment plan: Over a set number of months, an extra amount will be added to your regular mortgage payment to cover the amount you owe from the forbearance.
- Loan Modification: Permanently change the terms of your mortgage to bring your account current.

If you can afford to make payments or even partial payments, you are strongly urged to do so. Your payment continues to come due on a monthly basis and these payments will be due at the end of your temporary forbearance period. If you are unable to bring your mortgage loan account current at the end of your forbearance period, we do have options available that can help.

If you have questions about the terms of this offer, please contact us at 866-825-2174.

**Additional Forbearance Plan Information and Legal Notices**

As a part of your approved Forbearance Plan, if you were set up for ACH automatic payment, we have suspended your ACH automatic draft for the duration of your Forbearance Plan. If you are set up on bi-weekly ACH automatic payments, the ACH will be cancelled and you will need to request the ACH to be set up again for future use.

The terms of your mortgage remain unchanged. As a result of not making any payments during the term of the Forbearance Plan, if you do not resume making timely monthly payments or make other arrangements with us you will become delinquent on your mortgage and your credit score may be impacted.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000001  A-0579478541  0102J0400

If you recently received an incomplete loss mitigation application notice, do not ignore that notice. The Forbearance Plan may be set up based on an evaluation of an incomplete application.

Other loss mitigation options may be available to you, as you have the option to submit a complete loss mitigation application to receive an evaluation for all loss mitigation options available regardless of whether you accept this plan.

If your financial situation changes during the term of your Forbearance Plan, please contact us immediately to reassess your situation and discuss potential alternatives.

At least 30 days prior to the end of the Forbearance Plan, we will send to you a Borrower Solicitation Package requesting updated financial information and documentation of your financial circumstances. We also will provide information about alternatives that may be available to you at the end of the Forbearance Plan term, such as a reinstatement, deferment, repayment plan or other alternatives to foreclosure.

**We will not proceed to foreclosure sale during this Forbearance Plan, provided you are complying with the terms of the Forbearance Plan:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Forbearance Plan. However, in no event will we proceed to foreclosure sale if a foreclosure moratorium affecting your loan remains in place.
- This Forbearance Plan offer is contingent on you having provided accurate information. We reserve the right to revoke this offer or terminate the plan following your acceptance if we learn of information that would make you ineligible for forbearance.
- You agree that, in the event you make any payments during the Forbearance Plan term, we may hold those payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not owe you interest on the amounts held in the account. If any money is left in this account at the end of the Forbearance Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

**Your current loan documents remain in effect; however, you are not required to make any payment during the term of the Forbearance Plan:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

Sincerely,

Anna Hernandez
888-536-9762
Loss Mitigation Department
Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.



If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电** 866-825-2174，**我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

<u>California</u>
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov