**Anthony C. Gibson**

| | |
|---|---|
| **From:** | Shellpoint Mortgage Servicing <lossmitigation@lmmrkt.shellpointmtg.com> |
| **Sent:** | Tuesday, November 23, 2021 12:34 PM |
| **To:** | acgibson1@msn.com |
| **Subject:** | Your forbearance has completed; now you've got some great options to explore. |



## We need you to contact us regarding your forbearance.

Hi ANTHONY GIBSON,

Regarding loan at **default value**

Your **forbearance plan has been completed**, and your loan is **past due**. Please contact us right away so we can review the options you may have to bring your account current.

**Has your COVID-19 hardship been resolved?** If you can resume regular mortgage payments, you have several payment options, and we're ready to help you get started. Your options may include:

- **Deferment.** Move your outstanding payments to the end of your loan.
- **Loan modification**. Permanently modify the terms of your mortgage and bring your account current.
- **Repayment.** Over a set number of months, add an extra amount to your regular mortgage payment to repay the past-due amount.
- **Reinstatement.** Repay everything that's past due to bring your account current.

**Log in to your account** to review your potential options and apply for the solution that best meets your needs.

**Is your COVID-19 hardship still ongoing?**  Please call us at **800-365-7107** visit our **website** to find out if you're eligible for a forbearance extension.

**Questions or Concerns? We're committed to providing you excellent service.**

Contact our Customer Care Team at **800-365-7107** Monday-Friday 8 a.m.-10 p.m. and Saturday 8 a.m.- 3 p.m. EST. Be sure to mention your loan number 0Default Value when you call.

**¿Hablas español?** Este correo electrónico contiene información importante sobre su hipoteca. Si no comprende este correo electrónico, llame a uno de nuestros representantes de habla hispana al **800-365-7107**.



Email from Shellpoint Mortgage Servicing helps you stay connected with your mortgage servicer. But if you prefer **not** to receive messages like this, simply *unsubscribe* and we'll remove you from this email list. If you have any questions about how we use and protect your personal information, please view our *privacy policy*.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

Please do not respond to this email, this mailbox is not monitored. If you have questions, call our Customer Care Team at 800-365-7107.

Review our *Legal Disclosures*.

ATTENTION: This electronic transmission, and any documents attached hereto, may contain confidential, legally privileged, proprietary data, and/or non-public personal information as defined in the Gramm-Leach-Bliley Act (collectively, "Confidential Information"). If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited. By accepting and reviewing any confidential Information contained in this electronic transmission, you agree to maintain and protect the confidential nature of the Confidential Information in accordance with the applicable law and to ensure nondisclosure except for the limited purpose for which it is being provided and agree to indemnify us against any losses or expenses resulting from any unauthorized use or disclosure of Confidential Information.

55 Beattie Place, Suite 110 | Greenville, SC 29601

Unsubscribe | Update Preferences