acgibson1@msn.com

**From:** Shellpoint Mortgage Servicing <lossmitigation@lmmrkt.shellpointmtg.com>
**Sent:** Wednesday, June 22, 2022 11:18 AM
**To:** acgibson1@msn.com
**Subject:** Your forbearance has completed; now you've got some great options to explore.



## We need you to contact us regarding your forbearance.

Hi ANTHONY GIBSON,

Regarding loan at **4928 CLOVER PL**

Your **forbearance plan has been completed**, and your loan is **past due**. Please contact us right away so we can review the options you may have to bring your account current.

**Has your COVID-19 hardship been resolved?** If you can resume regular mortgage payments, you have several payment options, and we're ready to help you get started. Your options may include:

- **Deferment.** Move your outstanding payments to the end of your loan.
- **Loan modification.** Permanently modify the terms of your mortgage and bring your account current.
- **Repayment.** Over a set number of months, add an extra amount to your regular mortgage payment to repay the past-due amount.
- **Reinstatement.** Repay everything that's past due to bring your account current.

**Log in to your account** to review your potential options and apply for the solution that best meets your needs.

**Is your COVID-19 hardship still ongoing?** Please call us at **800-365-7107** visit our **website** to find out if you're eligible for a forbearance extension.