|  |  |
|---|---|
| | Electronically<br>Recorded in Official Records<br>San Bernardino County<br><br>Office of the Assessor-Recorder-Clerk |
| RECORDING REQUESTED BY:<br>O.R.S.S | **DOC# 2022-0307113** |
| AND WHEN RECORDED MAIL TO:<br>**Prestige Default Services, LLC**<br>**1920 Old Tustin Ave.**<br>**Santa Ana, California 92705**<br>**Phone: 949-427-2010** | 09/08/2022  08:00 AM  SAN    Titles: 1    Pages: 5<br><br>F3010    Fees    $38.00<br>Taxes    $0.00<br>CA SB2 Fee    $75.00<br>Total    $113.00 |

TS No.: **22-7049**         Loan No.: **\*\*\*\*\*\*541**         SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN: **1074-311-20-0-000**

# IMPORTANT NOTICE
# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

[PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR]

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$221,927.97** as of **9/6/2022**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in

TS No.: 22-7049    Loan No.: *******541

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19**
c/o Shellpoint Mortgage Servicing
**55 Beattie Place, Suite 100
Greenville, South Carolina 29601-2743
Telephone: 800-365-7107**

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.**

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.** NOTICE IS HEREBY GIVEN: That **Prestige Default Services, LLC** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **5/31/2007**, executed by **ANTHONY GIBSON**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, ITS SUCCESSORS AND ASSIGNS** , as beneficiary, recorded 6/7/2007, as Instrument No. 2007-0341175, **The subject Deed of Trust was modified by Loan Modification recorded as Instrument 2013-318299 and recorded on 7-19-2013** of Official Records in the Office of the Recorder of **San Bernardino** County, California describing land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

Said obligations include **1 NOTE(S) FOR THE ORIGINAL** sum of **$1,050,000.00**, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19** , the Beneficiary; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:
**The installment of principal and interest and escrow amounts, if applicable, which became due on 3/1/2020, and all subsequent installments of principal and interest and escrow amounts through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premium, advances made on senior liens, taxes and/or insurance, trustee's fees, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect the preserve its security, all of which must be paid**

TS No.: **22-7049**      Loan No.: *\*\*\*\*\*\**541

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**as a condition of reinstatement including all sums that shall accrue through reinstatement or payoff.**

Nothing in this Notice of Default should be construed as a waiver of any fees or other amounts owing to the Beneficiary pursuant to the terms of the loan documents.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Pursuant to the attached Declaration, the mortgage servicer declares that it has contacted the borrower, tried with due diligence to contact the borrower as required by California Civil Code § 2923.55 or § 2923.5, or is otherwise exempt from the requirements of § 2923.55 and § 2923.5.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property.

**Dated: 9/6/2022**

Prestige Default Services, LLC

BY: _____
Briana Young, Trustee Sale Officer

Prestige Default Services, LLC MAY BE CONSIDERED A DEBT COLLECTOR AND ANY INFORMATION WILL BE USED FOR THAT PURPOSE.

## BENEFICIARY DECLARATION OF COMPLIANCE WITH (OR EXCEPTION FROM) CIVIL CODE SECTION 2923.55 AND AUTHORIZATION OF AGENT (FOR NOTICE OF DEFAULT)

Prestige Default Services, LLC
1920 Old Tustin Ave.
Santa Ana, California 92705

- Borrower: **ANTHONY GIBSON**
- Beneficiary: **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19**
- Property: **4928 CLOVER PL**
  **RANCHO CUCAMONGA California 91737**
- Loan No: **\*\*\*\*\*\*\*541**
- TS No: **22-7049**

The undersigned beneficiary, or authorized agent for the beneficiary, hereby represents and declares:

[X] The beneficiary or beneficiary's authorized agent has contacted the borrower pursuant to, and has complied with, Civil Code Section 2923.55(a) (contact provision to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure"). State the date "contact" with the borrower(s) was accomplished pursuant to Civil Code Section 2923.55(a)(2): _____May 14__, 20_20__.

[ ] The beneficiary or beneficiary's authorized agent has exercised due diligence to contact the borrower as required by California Civil Code Section 2923.55(f) and, after waiting two (2) weeks after the telephone call requirements of Civil Code 2923.55(f)(2) were satisfied, the beneficiary or the beneficiary's authorized agent sent to the borrower(s), by certified mail, return receipt requested, the letter required by Civil Code Section 2923.55(f)(3), which was mailed on _____, 20_____. (Date of mailing)

[ ] Pursuant to Civil Code Section 2920.5(c)(2)(A), the borrower has surrendered the secured property as evidenced by either a letter confirming the surrender or by delivery of the keys to the secured property to the beneficiary, the beneficiary's authorized agent or to the trustee. The surrender letter was received on _____(date); the keys were received on _____. (date).

[ ] Pursuant to Civil Code Section 2920.5(c)(2)(B), the beneficiary or beneficiary's authorized agent has evidence in its file, and reasonably believes, that the borrower has contracted with

an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and to avoid their contractual obligations to beneficiaries.

[ ] Pursuant to Civil Code Section 2920.5(c)(2)(C), the beneficiary or beneficiary's authorized agent has verified information that on or before the date of this declaration, the borrower(s) has filed for bankruptcy and the proceedings have not been finalized. "Finalized" is not defined by 2920.5(c)(2)(C). For purposes of this Code section, trustee, foreclosure agent and/or their authorized agent define the term as either (1) an order entered on the court's docket closing the file by the court; or (2) an order entered on the court's docket dismissing the bankruptcy case. If the beneficiary or the beneficiary's agent interprets "finalized" in another manner, please state the basis upon which the beneficiary believes that the bankruptcy has not been "finalized":_____.

[ ] The requirements of California Civil Code §2923.55 do not apply because the loan is not occupied by a tenant that meets the conditions described in California Civil Code §2924.15 et seq.

[ ] Pursuant to California Civil Code §3273.10 the mortgage servicer declares it has denied a forbearance request, during the effective time period of 9-1-2020 and 4-1-2021. A copy of the written denial notice(s) is attached. A forbearance [ ] was [ ] was not subsequently provided.

[ ] The provisions of Civil Code 2923.55 do not apply, because [ ] the property is NOT THE BORROWER'S PRINCIPAL RESIDENCE; or [ ] the property is COMMERCIAL PROPERTY.

The undersigned authorized the trustee, foreclosure agent and/or their authorized agent to sign, on behalf of the beneficiary/authorized agent, the notice of default containing the declaration required pursuant to Civil Code Section 2923.55(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 17, 2022

NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19

By: *Xinh Dinh*

Print Name: Xinh Dinh

Its: Loss Mitigation Specialist