**acgibson1@msn.com**

| | |
|---|---|
| **From:** | Anthony C. Gibson |
| **Sent:** | Friday, November 18, 2022 2:52 PM |
| **To:** | lossmitigation@shellpointmtg.com |
| **Cc:** | 'andreanicu@aol.com'; LM_Curtis, Larry; LM_Hernandez, Anna; terra.brasile@shellpointmtg.com |
| **Subject:** | Loan No. 0579478541 |
| **Attachments:** | Proof of Funds.pdf |

Dear Sirs and Madams,

I am writing today regarding my home at 4928 Clover Place, Rancho Cucamonga, CA 91737.

When Covid struck back in early 2020, my business took a hit and my income was reduced as a result of it. Shellpoint as my mortgage
servicing agent, offered me an opportunity to enter into a forbearance arrangement. With an uncertain market and a public health
emergency, I elected to take advantage of the offer.

I would often receive email from Shellpoint advising me of various loss mitigation opportunities including Loan Modification and
Deferment once the forbearance was over. Loan Modification or Deferment seemed to be the most practical options for me. Never
in a million years did I think that The Equity in my home

would disqualify me from participating in any of the Loss Mitigation offers
otherwise available to me. I had equity in my home when I entered the forbearance arrangement and if it was a disqualifier, then I
was never eligible for any of the loss mitigation offers. I've also learned that at the time of entry into the forbearance arrangement,
you showed me as being more than 30 days past due on my loan. I have learned that as a result of the past due reporting, I was never
eligible for Shellpoint's offer of deferment either. The delinquency has proved devastating to my credit profile and along with the Notice
of Default, I wouldn't consider any of the external options viable at this time. I should note that prior to the forbearance, I made payments
every month and hope to clear up the accounting error as a separate matter. Additionally, as part of the forbearance arrangement, I was
under the impression that Shellpoint / BNY Mellon would not report me as delinquent during the course of the program. After reviewing
my credit report, it appears that reporting of delinquencies appeared prior to the end of the forbearance period. That didn't help either.

I spoke to Ms. Anna Hernandez on Wednesday of this week and we discussed the idea of paying $100,000.00 toward my arrears on my home
loan and deferring the rest. She advised me to send the proposal via this email address and asked me to provide proof of funds letters for the
initial payment. Please find those letters attached hereto. Between my Wife (Andrea Lewis-Gibson) and I, we are able to transfer that money
to you upon approval of the arrangement without delay.

1

My goal is to tender the $100,000.00 to you, place the remaining balance on the back end of the loan, and resume making regular monthly payments
beginning in January of 2023.

This is not investment property, rather, it is my home that I share with my wife and daughter. We love it here and are fully invested in keeping this as
our home. Our schools are good; community is safe; weather is ideal. And we plan to stay here.

I hope that you and BNY MELLON will find this proposal a viable one so we can relieve all the stress and enjoy the holiday season.

Many thanks for your time and special consideration of this matter and It would be great to have your response within the next few days so we don't
run up against the N.O.D. clock.

Very truly yours,

Anthony C. Gibson