**From:** LM_Curtis, Larry
**Sent:** Tuesday, October 25, 2022 6:15 PM
**To:** Anthony C. Gibson
**Subject:** RE: Loan Number: 0579478541

Hello Mr. Gibson,

An initial evaluation was completed and you do not pre-qualify for a Loan Modification.  In all probability, sending in documents for the Loan Modification review would not change the results.

Your Single Point of Contact is Barbara Lewis. Barbara's direct phone number is (864)248-6608. Barbara's email address is blewis1@shellpointmtg.com.

Please reach out to Barbara to discuss your loan.

Thank you

Best Regards,

**Larry Curtis**
*Loss Mitigation Specialist*



**Direct Line** 864-248-6955
**Toll Free:** 866-825-2174 *6955
lcurtis@shellpointmtg.com
**shellpointmtg.com**

*All documents must be faxed to 866-467-1187 or emailed to*
*lossmitigation@shellpointmtg.com*

DISCLAIMER: This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy. NewRez LLC dba Shellpoint Mortgage Servicing is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here. https://www.shellpointmtg.com/legal-disclosures. Please reply STOP to opt out of receiving further emails to this email address.

**From:** Anthony C. Gibson <ACGIBSON1@msn.com>
**Sent:** Monday, October 24, 2022 1:33 PM
**To:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Subject:** RE: Loan Number: 0579478541

Hi Mr. Curtis,

With regard to the following request for information:

- **Letter of Explanation (signed and dated) for all deposits of $1,000 or greater, excluding payroll, social security/disability, retirement or pension income (if applicable).**

Are the deposits you are requesting information for limited to the "most recent 60 days bank statements?

Let me know.

Thanks.

Anthony Gibson

**From:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Sent:** Friday, October 21, 2022 2:00 PM
**To:** acgibson1@msn.com
**Subject:** Loan Number: 0579478541
**Importance:** High

Hello Mr. Gibson,

Per our conversation today, the following documents are required to complete the modification review. The attached form needs to completed as well.

- **Bank Statements: Most recent 60 days from all active personal accounts from you and your wife.**

- **Paystubs for the last 30 days/consecutive from your wife.**

- **Profit & Loss Statement: Quarterly for period 07/01/2022 – 09/30/2022.**

- **Federal Tax Returns for 2020 and 2021 (signed and dated/all schedules).**

- **Hardship Letter (signed and dated).**

- **Letter of Explanation (signed and dated) for all deposits of $1,000 or greater, excluding payroll, social security/disability, retirement or pension income (if applicable).**

Please send the documents by end of the day on 10/25/2022. As a reminder, please include your loan number on the subject line.

Note: *All documents must be faxed to 866-467-1187 or emailed to lossmitigation@shellpointmtg.com*

If you have any questions or concerns, please feel free to contact me.

Thank you

Best Regards,


**Larry Curtis**
*Loss Mitigation Specialist*

**shellpoint**
A DIVISION OF newrez

**Direct Line** 864-248-6955
**Toll Free:** 866-825-2174 *6955
lcurtis@shellpointmtg.com
shellpointmtg.com

*All documents must be faxed to 866-467-1187 or emailed to lossmitigation@shellpointmtg.com*

DISCLAIMER: This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy. NewRez LLC dba Shellpoint Mortgage Servicing is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here. https://www.shellpointmtg.com/legal-disclosures. Please reply STOP to opt out of receiving further emails to this email address.


DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or

copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.