## 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

### 3.1 SHELLPOINT MORTGAGE SERVICING (CLOSED)

#### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxx 8541 | **Reported Balance** | $1,262,551 |
| **Account Status** | OVER_120_DAYS_PAST_DUE | **Available Credit** | |

#### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | $1,172,282 | | | | | | | | | | |
| 2021 | | $1,205,425 | | | | | | | | $1,257,378 | | |
| 2022 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | $6,395 | | | |
| 2022 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

### High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | $1,050,000 | | | | | | | | | | |
| 2021 | | $1,050,000 | | | | | | | | $1,050,000 | | |
| 2022 | | | | | | | | | | | | |

### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

### Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | $212,390 | | |
| 2022 | | | | | | | | | | | | |

### Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

### Comments 1

| Date | Comment |
|---|---|
| 02/2020 | Fixed rate |
| 02/2021 | Account in forbearance |

| Date | Comment |
|---|---|
| 10/2021 | Foreclosure process started |

### Comments 2

| Date | Comment |
|---|---|
| 02/2021 | Fixed rate |
| 10/2021 | 180 days or more past due |

### Comments 3

| Date | Comment |
|---|---|
| 09/2021 | Fixed rate |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ▨ | 120 | 150 | 180 | 180 | 180 | 180 | 180 | ▨ | ▨ | ▨ | ▨ |
| 2021 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | 30 | 60 |
| 2020 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✓ | ▨ | ▨ | ▨ | ▨ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2018 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2017 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2016 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2015 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B | Included in Bankruptcy | R | Repossession | TN Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

**High Credit** $1,050,000    **Owner** INDIVIDUAL

| | | | |
|---|---|---|---|
| **Credit Limit** | | **Account Type** | MORTGAGE |
| **Terms Frequency** | MONTHLY | **Term Duration** | 48 |
| **Balance** | $1,262,551 | **Date Opened** | May 31, 2007 |
| **Amount Past Due** | $218,952 | **Date Reported** | Sep 30, 2022 |
| **Actual Payment Amount** | | **Date of Last Payment** | Oct 01, 2021 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | $6,395 |
| **Months Reviewed** | 29 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Conventional Real Estate Mortgage | **Date Closed** | |
| **Date of First Delinquency** | Mar 01, 2020 | | |

## Comments

Foreclosure process started
180 days or more past due
Fixed rate

## Contact

SHELLPOINT MORTGAGE SERVICING
55 BEATTIE PLACE STE 600
GREENVILLE, SC  29601
1-866-317-2347

EQUIFAX    ANTHONY GIBSON | Nov 11, 2022    Page 22 of 40

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

## 3.2 COMMUNITY LOAN SERVICING, LLC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxx 9599 | **Reported Balance** | $0 |
| **Account Status** | NOT_MORE_THAN_THREE_PAYMENTS_PAST_DUE | **Available Credit** | |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 60 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2019 | ✗ | ✗ | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 2018 | 60 | 60 | 90 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | ✗ |
| 2017 | ✗ | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 2016 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2015 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2014 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2013 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | ✗ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $1,050,000 | **Owner** | INDIVIDUAL |

| | | | |
|---|---|---|---|
| **Credit Limit** | | **Account Type** | MORTGAGE |
| **Terms Frequency** | MONTHLY | **Term Duration** | 36 |
| **Balance** | $0 | **Date Opened** | May 31, 2007 |
| **Amount Past Due** | | **Date Reported** | Feb 05, 2020 |
| **Actual Payment Amount** | $6,348 | **Date of Last Payment** | Jan 01, 2020 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 35 | **Delinquency First Reported** | |
| **Activity Designator** | TRANSFER_OR_SOLD | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Conventional Real Estate Mortgage | **Date Closed** | Feb 01, 2020 |
| **Date of First Delinquency** | Dec 01, 2016 | | |

## Comments

Fixed rate

## Contact

COMMUNITY LOAN SERVICING, LLC
2601 S BAYSHORE DR 4TH FL
MIAMI, FL  33133
1-305-341-3654