**From:** Anthony C. Gibson
**Sent:** Wednesday, November 30, 2022 9:57 AM
**To:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Subject:** RE: Loan No. 0579478541

Hi Mr. Curtis,

I appreciate the update on the proposal but the Notice of Default expires prior to the 10 – 15 business day period for review.  I cannot afford to have that happen.

If Shellpoint is operating in Good Faith with regards to the review, I would need Shellpoint's written agreement to suspend any and all activities pursuant to Foreclosure, Notice of Trustee Sale or expiration of the Notice of Default.

Furthermore, should the proposal be denied, I would ask for at least 10 – 15 business days' notice before Shellpoint would initiate a Notice of Trustee Sale.

I need to know today if Shellpoint is amenable to that as time is of the essence.

Many thanks for your time and special consideration of this matter.

Kind regards,

Anthony C. Gibson


**From:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Sent:** Wednesday, November 30, 2022 9:31 AM
**To:** Anthony C. Gibson <ACGIBSON1@msn.com>
**Subject:** RE: Loan No. 0579478541

Good Morning Mr. Gibson,

Your proposal is pending review. I expect that the review should be completed within the next 10-15 business days. I just sent an email to my Supervisor to get a status update.

Thank you

Best Regards,

**Larry Curtis**
*Loss Mitigation Specialist*



**Direct Line** 864-248-6955
**Toll Free:** 866-825-2174 *6955
lcurtis@shellpointmtg.com
shellpointmtg.com

*All documents must be faxed to 866-467-1187 or emailed to*
lossmitigation@shellpointmtg.com

DISCLAIMER: This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy. NewRez LLC dba Shellpoint Mortgage Servicing is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here. https://www.shellpointmtg.com/legal-disclosures. Please reply STOP to opt out of receiving further emails to this email address.