-------- Original message --------
From: "LM_Curtis, Larry" <lcurtis@shellpointmtg.com>
Date: 12/8/22 4:51 AM (GMT-08:00)
To: "Anthony C. Gibson" <ACGIBSON1@msn.com>
Subject: RE: Credit Reporting Response - Loan Number: 0579478541

Hello Mr. Gibson,

The 18-month Deferment has been approved, contingent on receiving a payment in the amount of $100,854.12. The payment would need to be received by end of day on 12/09/2022. This is to try and process the Deferment to be effective for the 01/01/2023 payment. The cut-off date to process the Deferment effective for 01/01/2023 payment can be as early is 12/12/2022. Certified funds are required. Therefore, the following wire instructions have been provided:

**WIRE Instructions:**
**BANK NAME:** Citibank N.A
**BANK ADDRESS**: 388 Greenwich St.
**BANK CITY, STATE**: New York, NY 10013
**BANK ABA ROUTING NUMBER**: 021000089
**BANK ACCOUNT NUMBER**: 31354717
**CREDIT ACCOUNT NAME**: NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING CONSOLIDATED
DEPOSIT ACCOUNT
**SWIFT CODE**:
CITIUS33
Thank you
Best Regards,

If you have any questions or concerns, please feel free to contact me.
Thank you
Best Regards,

**Larry Curtis**
*Loss Mitigation Specialist*



**Direct Line** 864-248-6955
**Toll Free:** 866-825-2174 *6955
lcurtis@shellpointmtg.com
shellpointmtg.com

*All documents must be faxed to 866-467-1187 or emailed to*
*lossmitigation@shellpointmtg.com*

DISCLAIMER: This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy. NewRez LLC dba Shellpoint Mortgage Servicing is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here. https://www.shellpointmtg.com/legal-disclosures. Please reply STOP to opt out of receiving further emails to this email address.

**From:** Anthony C. Gibson <ACGIBSON1@msn.com>
**Sent:** Wednesday, December 7, 2022 8:43 AM
**To:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Subject:** RE: Credit Reporting Response - Loan Number: 0579478541

I tried that last night and spoke to Brittany from your office.  She was unable to provide me with access.

I recommended that she simply forward the message via the "Secure Message Center" on the Shellpoint Portal.

Also, do you have an answer regarding the pending review?

Let me know.
Thanks,
Anthony

**From:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Sent:** Wednesday, December 07, 2022 6:18 AM
**To:** Anthony C. Gibson <acgibson1@msn.com>
**Subject:** RE: Credit Reporting Response - Loan Number: 0579478541

Hello Mr. Gibson,

Please call Customer Service at (866)316-4706 and a representative should be able to assist you with accessing the secured message. I apologize for the inconvenience.

Thank you
Best Regards,

**Larry Curtis**
*Loss Mitigation Specialist*



**Direct Line** 864-248-6955
**Toll Free:** 866-825-2174 *6955
lcurtis@shellpointmtg.com
shellpointmtg.com

*All documents must be faxed to 866-467-1187 or emailed to*
*lossmitigation@shellpointmtg.com*

DISCLAIMER: This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at https://www.shellpointmtg.com/email-policy. If you are not the intended recipient, please delete this message. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy. NewRez LLC dba Shellpoint Mortgage Servicing is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here. https://www.shellpointmtg.com/legal-disclosures. Please reply STOP to opt out of receiving further emails to this email address.

**From:** Anthony C. Gibson <acgibson1@msn.com>
**Sent:** Tuesday, December 6, 2022 10:46 AM
**To:** LM_Curtis, Larry <lcurtis@shellpointmtg.com>
**Subject:** FW: Credit Reporting Response

Dear Mr. Curtis,

I received the email below this morning but was unable to access the information.
Here is the message I received:

https://ssa.shellpointmtg.com/login?LoginRedir=%2Fw%2FiSII2nwfAfwM9DuUmdHA9dUWCK6y0c4K2V0iMoVqqBmCo&w=iSII2nwfAfwM9DuUmdHA9dUWCK6y0c4K2V0iMoVqqBmCo#/

Please advise.
Regards,
Anthony Gibson

Sent from my T-Mobile 5G Device

-------- Original message --------
From: "noreply@shellpointmtg.com" <securetransfer@shellpointmtg.com>
Date: 12/6/22 8:14 AM (GMT-08:00)
To: acgibson1@msn.com
Subject: Credit Reporting Response



## You have been sent a secure message

Access message

To create your account and access the message

1 In the email, click "Access message".

2 On the sign in page, enter your email address, and then click Next.

3 On the Create Account page, create a password, and then click Next.

4 Check your email for an account verification link. In the email, click "Activate account".

5 On the sign in page, enter your email address, and then click Next.

6 Enter your password, and then click "Sign in".

This message requires that you sign in to access the message and any file attachments.

you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.