## RE: Your Forbearance Will End Soon

**Anthony C. Gibson** <ACGIBSON1@msn.com>
Wed 12/1/2021 9:27 AM

To: LM_Hernandez, Anna <ahernandez1@shellpointmtg.com>

Hi Ms. Hernandez,

Would like to schedule a phone call with you to discuss Loan Modification. Also need to discuss a misapplication of payments by Bank of America.

Thanks.

Anthony Gibson
909.948.5670; or
909.292.5477 (cell)

---

**From:** LM_Hernandez, Anna <ahernandez1@shellpointmtg.com>
**Sent:** Monday, August 09, 2021 11:09 AM
**To:** Anthony C. Gibson <ACGIBSON1@msn.com>
**Subject:** RE: Your Forbearance Will End Soon

0579478541

Hello Mr. Gibson,

Your welcome.

Thank you,

**Anna Hernandez**
Loss Mitigation Specialist
Shellpoint Mortgage Servicing
Direct Toll Fee: 888-536-9762

**All documents must be faxed to 866-467-1187 or emailed to [lossmitigation@shellpointmtg.com](mailto:lossmitigation@shellpointmtg.com)**

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at [https://www.shellpointmtg.com/email-policy](https://www.shellpointmtg.com/email-policy). If you are not the intended recipient, please delete this message.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.
If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.
New Penn Financial (dba Shellpoint Mortgage Servicing) Inc. is a licensed mortgage lender and debt collector. The following states require disclosure of licensing information that can be found by clicking here.
[https://www.shellpointmtg.com/legal-disclosures](https://www.shellpointmtg.com/legal-disclosures)